No. 11–657. COMMISSIONER OF INTERNAL REVENUE *v.* EQUIPMENT HOLDING CO., LLC, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–834. BACA, LOS ANGELES COUNTY SHERIFF *v.* STARR. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–912. FIRST ANNAPOLIS BANCORP, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–922. RIVER CENTER LLC *v.* DORMITORY AUTHORITY OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motions of Center for Constitutional Jurisprudence, Real Estate Board of New York, Inc., et al., and Owners' Counsel of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–1071. VIRGINIA *v.* BANKS. Sup. Ct. Va. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–9190. GARCIA *v.* BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–9621. QUIROZ-MENDEZ, AKA GARCIA-MORENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.